1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ZINZI BONILLA (TXBN 24066521)
   Special Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3932
        FAX: (510) 637-3724
7       Email: Zinzi.bonilla@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00268 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 1, 2016 TO AUGUST 12, 2016** |
| v. | |
| LEANDRE WHITE, | |
| Defendant. | |

The parties appeared before the Honorable Jon S. Tigar on July 1, 2016, for a status conference before the district court. With the agreement of counsel for the parties and the defendant, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 1, 2016 and August 12, 2016. Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery, conduct investigation, and consult with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the above-referenced period of time outweigh the best interest of the public and the defendant in a

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00268 JST

speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the above-referenced period of time be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A), (h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 1, 2016

/s/
JOHN REICHMUTH
Counsel for Leandre White

DATED: July 1, 2016

/s/
ZINZI BONILLA
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 5, 2016

HON. JON S. TIGAR
United States District Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00268 JST    2